# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALBERTINA GUZMAN PICOT d/b/a SALON CABELLOS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPFRE INSURANCE COMPANY and COLLEGE HIGHWAY INSURANCE AGENCY, INC.,<br><br>Defendants. | No. 3:20-cv-11261-MGM |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT COLLEGE HIGHWAY INSURANCE AGENCY, INC.

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Albertina Guzman Picot d/b/a Salon Cabellos hereby dismisses all claims against Defendant College Highway Insurance Agency, Inc. without prejudice.


Dated: October 9, 2020

Respectfully submitted,

*/s/ Anthony Tarricone*
Anthony Tarricone, BBO #492480
Michael D. Lurie, BBO #553024
**KREINDLER & KREINDLER LLP**
855 Boylston Street, Suite 1101
Boston, MA 02116
atarricone@kreindler.com
mlurie@kreindler.com
Telephone: 617-424-9100
Facsimile: 617-424-9120

1

Arnold Levin, Esq.
Laurence Berman, Esq.
Frederick Longer, Esq.
Daniel Levin, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
alevin@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com

Richard M. Golomb, Esq.
Kenneth J. Grunfeld, Esq.
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

Aaron Rihn, Esq.
**ROBERT PEIRCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229
Facsimile: (412) 281-4229

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

*Counsel for Plaintiff and the Class*

2