UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ALBERTINA GUZMAN PICOT, on behalf   )
of Itself and all others similarly  )
Situated, d/b/a Salon Cabellos,     )
           Plaintiff,               )
                                    )   Civil Action
     v.                             )   No. 3:20-cv-11261-MGM
                                    )
MAPFRE INSURANCE COMPANY,           )
           Defendant.               )
```

ORDER OF DISMISSAL

June 26, 2021

**MASTROIANNI, U.S.D.J.**

Pursuant to the court's electronic order of this date, granting the dismissal of the plaintiff's complaint, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge